IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00247-ZLW

PATRICK WOOD,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING MOTION TO RECONSIDER

Applicant, Patrick Wood, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Wood filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He paid the $5.00 filing fee.

On February 19, 2008, Magistrate Judge Boland ordered Mr. Wood to show cause within thirty days why the habeas corpus application should not be denied as time-barred. On March 20, 2008, the day that thirty-day period ended, Mr. Wood submitted his response to the order directing him to show cause. On April 3, 2008, the Court denied the application as time-barred, and dismissed the action. On the same day, Mr. Wood filed a motion for extension of time seeking additional time in which to submit a final response to the show-cause order. On April 4, 2008, the motion for extension of time was denied by minute order as moot.

On April 21, 2008, Mr. Wood filed a motion for reconsideration, seeking reconsideration of the April 3, 2008, dismissal order and judgment and of the April 4, 2008, minute order denying his motion for extension of time as moot. The motion for reconsideration will be granted. The Court will vacate the April 3 Order of Dismissal and Judgment. However, in lieu of ordering Mr. Wood to file a final response to the February 19, 2008, show-cause order, the Court will issue a separate order directing the state attorney general to file a pre-answer response within thirty days. A copy of that order, and of the pre-answer response, will be mailed to Mr. Wood, and he will be afforded an opportunity to reply to the response. Accordingly, it is

ORDERED that the motion for reconsideration that Applicant, Patrick Wood, filed on April 21, 2008, is granted. It is

FURTHER ORDERED that the April 3, 2008, Order of Dismissal and Judgment are vacated.

DATED at Denver, Colorado, this 21 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00247-BNB

Patrick Wood
Prisoner No. 56182
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/22/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk