IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 08-cv-00247-WYD

PATRICK WOOD,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

This matter is before me on the applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and the respondents' Answer to Application for Writ of Habeas Corpus. I have determined that a review of the state court trial record may be necessary for the determination of the application. However, the trial court record has not been provided to me. Accordingly,

IT IS ORDERED that, on or before **Monday, April 20, 2009**, the respondents shall provide me with the record from the state trial court.

Dated: April 14, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge