IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00247-WYD

PATRICK WOOD,

      Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

ORDER DENYING CERTIFICATE OF APPEALABILITY

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 dismissing the action.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      Dated:  August 11, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge