F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00247-WYD

PATRICK WOOD,

    Applicant,

vs.

KEVIN MILYARD, Warden Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: December 14, 2011.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00247 WYD

Adams County Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Patrick Wood
# 56182
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Patricia Rae Van Horn - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __12/14/11__.

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk