IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00247-WYD

PATRICK WOOD,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## AMENDED ORDER FOR STATE COURT RECORD

Pursuant to the United State's Supreme Court's remand of this matter to the United States Court of Appeals for the Tenth Circuit on April 24, 2012, the respondents shall again provide this Court with the state court record in this case. The state court record was ordered returned to the state court on December 14, 2011 [ECF No. 46], and received by the Adams County Combined Courts on December 23, 2011 [ECF No. 48], **no later than thirty (30) days from the date of this Order**.

Dated: May 30, 2012

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge