IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00247-WYD

PATRICK WOOD,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER PURSUANT TO TENTH CIRCUIT MANDATE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on July 30, 2013, I will grant the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) with the following condition: I will vacate Applicant, Patrick Wood's, conviction for first-degree felony murder "*if but only if* the state courts have not eliminated either one of his murder convictions within a reasonable time." ECF No. 56 at 18 (emphasis added). *See Hilton v. Braunskill*, 481 U.S. 700, 775 (1987) (federal court may grant conditional writ to allow a State "an opportunity to correct the constitutional violation"); *Hooks v. Workman*, 689 F.3d 1148, 1208 (10th Cir. 2012) (using "reasonable time" formulation for a conditionally granted habeas writ).

Accordingly, it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) of Applicant, Patrick Wood, is granted with the following condition:

Mr. Wood's conviction for first-degree felony murder is vacated if but only if the state courts have not eliminated either one of his murder convictions within a reasonable time.  It is

FURTHER ORDERED that Respondents provide me with a written status report every **sixty (60) days** as what, if any, state court proceedings are underway to eliminate either one of Mr. Wood's murder convictions within a reasonable time.

Dated:  August 23, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge